1  Frank J. Coughlin, SBN 164851
   **COUGHLIN & CONFORTI**
2  600 W. Santa Ana Blvd., Suite 202
3  Santa Ana, CA 92701
   (714) 835-5681   Fax: (714) 835-6176
4
5  Attorney for PLAINTIFF
6
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA

10
11 JUANITA FALCK, an individual;          CASE NO.  CV06-4709 MMM
   STEVEN HILLMAN, an                     (FFMx)
12 individual; EDWARD M. MURR,
   JR., an individual; and MANUEL         Assigned to the Honorable
13 ACOSTA, an individual; and each        Margaret M. Morrow
   on behalf of all others similarly
14 situated,                              **STIPULATION TO
                                          DISMISSAL OF CLASS
15                        Plaintiffs,     ACTION LAWSUIT;
                                          [PROPOSED] ORDER**
16 v.

17 **TENET HEALTHCARE
   CORPORATION**, a Nevada               [Filed concurrently herewith the
18 Corporation; **AHMC                    Declaration of Frank J. Coughlin
   HEALTHCARE, INC.**, a                  and [Proposed] Order]
19 California Corporation, **GEMW
20 HEALTHCARE LP**, a Limited
   Partnership; **AHMC GREATER
21 EL MONTE COMMUNITY
22 HOSPITAL, LP**, a Limited
   Partnership, and **AHMC Garfield
23 Medical Center LP**, a Limited
24 Partnership, **and Does 1 through
25 10**,
27
                          Defendants.
28

29
                              – 1 –
STIPULATION TO DISMISSAL OF CLASS ACTION COMPLAINT; [PROPOSED] ORDER

Whereas Plaintiffs Juanita Falck and Donald Pagaduan brought two class action and representative action litigations concerning the legality of the California Differential Pay Practice ("Cal.Diff. Practice" or "Pay Practice") for 12-hour shift employees against Defendant Tenet Healthcare Corporation ("Defendant" or "Tenet"). The first is the above captioned lawsuit brought by Plaintiff Juanita Falck, *Falck et al v. Tenet Healthcare Corporation et al.,* pending in the United States District Court, Central District of California, before the Hon. Margaret M. Morrow, Judge, Case no. CV06-4709MMM ("Federal Action"), and the second, brought by Plaintiff Donald Pagaduan, is *Pagaduan v. Tenet Healthcare Corporation, et al.,* pending in Los Angeles Superior Court before the Hon. Carl J. West, Case no. JCCP 4377 ("State Action").

Whereas the Federal Action was filed on July 26, 2006, and the State Action was filed on December 4, 2003.

Whereas the parties conducted extensive discovery in both the State Action and Federal Action including significant written discovery, depositions, and exchange of payroll records for the purposes of plaintiffs' assessing potential damage calculations.

Whereas this Court granted class certification as to certain subclasses on February 12, 2008, and the State Action was certified as a class action on February 14, 2008.

The parties participated in a Mandatory Settlement Conference ("MSC") before the Hon. Carl J. West on September 5, 2008. The parties reached a settlement at the MSC before Judge West in both the State Action and Federal Action.

Whereas on September 16, 2008 Plaintiff filed a Notice Regarding Settlement with the Federal Court notifying the Court that the parties had reached a settlement with Tenet.

1   Whereas the parties executed a Stipulation re. Settlement on December 17,
2   2008 ("Settlement Agreement").  The Settlement Agreement provides for a Gross
3   Settlement Amount of $85,000,000.00, inclusive of attorneys' fees and costs, to
4   resolve both the State Action and the Federal Action.
5   Whereas on November 25, 2008 Plaintiffs Pagaduan and Falck filed a
6   Stipulation To Order For Leave to File a Fourth Amended Complaint in the State
7   Action that incorporated the allegations of the Federal Action into the State Action.
8   The Amended Complaint also incorporated all class members from the Federal
9   Action into the pending State Action. On December 18, 2008 the Court entered the
10  order granting leave to amend, and the Fourth Amended Complaint was deemed
11  filed on that date.
12  Whereas on December 18, 2008 Plaintiffs' Application for Preliminary
13  Approval was heard before Judge West, and on December 22, 2008 the Court
14  entered an Order granting preliminary approval of the class action settlement.
15  Whereas the Preliminary Approval Order granted provisional certification of
16  the class of individuals that were previously part of the Federal Action defined as:
17  *Pagaduan Subclass 1* defined as "All persons who were paid pursuant to the
18  Cal. Diff. practice since January 1, 2000, while working at a Tenet
19  California facility at any time when they were not subject to a Collective
20  Bargaining Agreement and who still work at a Tenet facility."
21  *Pagaduan Subclass 2* defined as "All persons who, were paid pursuant to the
22  Cal. Diff. practice since January 1, 2000, while working at a Tenet
23  California facility at any time when they were not subject to a Collective
24  Bargaining Agreement and who no longer work at a Tenet facility."
25  *Falck Subclass 1* defined as "All persons who, since January 1, 2000, while
27  working at a Tenet California facility, were paid pursuant to the California
28  Differential pay practice only while subject to a collective bargaining
29  agreement, and who still work at a Tenet facility."

1     *Falck Subclass 2* defined as "All persons who, since January 1, 2000, while
2 working at a Tenet California facility, were paid pursuant to the California
3 Differential pay practice only while subject to a collective bargaining
4 agreement, but who no longer work at a Tenet facility."
5     Whereas the Preliminary Approval Order approved the format and substance
6 of the Notice Package to provide the class members notice of settlement, and set
7 forth a schedule for completion of the notice procedure.
8     Whereas on April 10, 2009, the Court approved administrator, Rust
9 Consulting Inc., filed a declaration with Judge West notifying the Court that notice
10 was given, as ordered by the Court, and that 13,942 class members filed complete
11 and timely claim forms, representing approximately 86% (or $50,597,795.85) of
12 the Net Settlement Fund. *See* Coughlin Decl., Exh. "A." There were no objectors
13 to the settlement.
14     Whereas on May 5, 2009 Plaintiffs' Application for Final Approval of the
15 Class Action Settlement was heard before Judge West, and the Court entered the
16 Judgment on May 6, 2009. *See* Coughlin Decl., Exh. "B."
17 ///
18 ///
19 ///
20
21
22
23
24
25
27
28
29

THEREFORE, Plaintiff, Juanita Falck, by and though her counsel, Frank J. Coughlin of Coughlin & Conforti, and Defendant, Tenet Healthcare Corporation by and through its counsel, Michele L. Maryott of Gibson Dunn & Crutcher LLP, HEREBY STIPULATE, AGREE AND JOINTLY REQUEST that an order be entered as follows:

(1) The Federal Action is dismissed in its entirety with prejudice.

Dated: July 21, 2009           COUGHLIN & CONFORTI

_____
Frank J. Coughlin
Attorney for Plaintiff JUANITA FALCK and the class

Dated: July __, 2009           **GIBSON DUNN & CRUTCHER LLP**

_____
Michele L. Maryott
Attorney for Defendant
Tenet Healthcare Corporation

STIPULATION TO DISMISSAL OF CLASS ACTION COMPLAINT; [PROPOSED] ORDER

THEREFORE, Plaintiff, Juanita Falck, by and though her counsel, Frank J. Coughlin of Coughlin & Conforti, and Defendant, Tenet Healthcare Corporation by and through its counsel, Michele L. Maryott of Gibson Dunn & Crutcher LLP, HEREBY STIPULATE, AGREE AND JOINTLY REQUEST that an order be entered as follows:

(1) The Federal Action is dismissed in its entirety with prejudice.

Dated: July __, 2009          **COUGHLIN & CONFORTI**

_____
Frank J. Coughlin
Attorney for Plaintiff JUANITA FALCK and the class

Dated: July 21, 2009          **GIBSON DUNN & CRUTCHER LLP**

_/s/ Michele Maryott_
Michele L. Maryott
Attorney for Defendant
Tenet Healthcare Corporation