CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUANITA FALCK**, an individual; **STEVEN HILLMAN**, an individual; **EDWARD M. MURR, JR.**, an individual; and **MANUEL ACOSTA**, an individual; and each on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**TENET HEALTHCARE CORPORATION,** a Nevada Corporation; **AHMC HEALTHCARE, INC.,** a California Corporation, **GEMW HEALTHCARE LP**, a Limited Partnership; **AHMC GREATER EL MONTE COMMUNITY HOSPITAL, LP**, a Limited Partnership, and **AHMC Garfield Medical Center LP**, a Limited Partnership, **and Does 1 through 10**,<br><br>Defendants. | CASE NO. CV06-4709 MMM (FFMx)<br><br>Assigned to the Honorable Margaret M. Morrow<br><br>**[PROPOSED]** ORDER<br><br>[Filed concurrently herewith the Stipulation to Dismissal of Class Action Lawsuit and Declaration of Frank J. Coughlin] |

– 1 –
[PROPOSED] ORDER

# [PROPOSED] ORDER

The action entitled *Falck et al v. Tenet Healthcare Corporation et al,* Case No. CV06-4709 MMM, pending in the United States District Court, Central District of California, before the Hon. Margaret M. Morrow, District Court Judge, is hereby dismissed in its entirety with prejudice.

DATED: _July 23, 2009____        _Margaret M. Morrow_____
                                                             HONORABLE MARGARET M. MORROW, DISTRICT COURT JUDGE